**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


| | |
|---|---|
| IN RE: ADOPTION OF K.S., A MINOR CHILD | : No. 495 WAL 2014 |
| | : |
| | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| PETITION OF: N.S., NATURAL MOTHER | : Order of the Superior Court |


## <u>ORDER</u>


**PER CURIAM**

 **AND NOW**, this 4th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.